IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT DARNELL, Individually, and as Representative of Deceased, WILLIAM DARNELL, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 11-cv-449-JPG-DGW ) |
| HOELSCHER, Inc., a corporation, | ) ) |
| Defendant/Third Party Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| WRC FARMS, LLC, WRC THOROUGHBREDS, INC., | ) ) ) |
| Third Party Defendants, | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on third-party defendant WRC Farms, LLC's Motion for Adjudication of Good Faith Settlement (Doc. 25) of the third-party contribution claim against it. The Court being fully advised in the premises, and no party having objected to the motion, finds the motion to be well founded and therefore **GRANTS** the motion (Doc. 25).

WHEREFORE, the Court **FINDS** that the settlement agreement between WRC FARMS, LLC, as third-party defendant, and ROBERT DARNELL, Individually, and as Representative of Deceased, WILLIAM DARNELL, plaintiff, as set forth in the Release of All Claims, is a good faith settlement and, further, that pursuant to 740 ILCS § 100/2(d), Count I of the third-party complaint (for contribution) by defendant/third-party plaintiff, HOELSCHER, Inc., against

third-party defendant, WRC FARMS, LLC, is **DISMISSED with prejudice.** The Clerk of Court is **DIRECTED** to enter judgment accordingly at the close of the case.

**Dated this 22d day of August, 2011.**

s/J. Phil Gilbert
**United Stated District Judge**