UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT DARNELL, Individually, and as Representative of Deceased, WILLIAM DARNELL,<br><br>      Plaintiff,<br><br>  v.<br><br>HOELSCHER INC., a corporation,<br><br>      Defendant/Third-Party Plaintiff<br><br>  v.<br><br>WRC FARMS, LLC,<br><br>      Third-Party Defendant. | Case No. 11-cv-449-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, a jury having rendered a verdict as to some claims and the Court having rendered a decision as to others,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to a jury verdict, judgment is entered in favor of Defendant/Third-Party Plaintiff Hoelscher, Inc. and against Plaintiff Robert Darnell, Individually, and as Representative of Deceased, William Darnell; and

IT IS FURTHER ORDERED AND ADJUDGED that pursuant to a Court decision, the contribution claim by Defendant/Third-Party Plaintiff Hoelscher Inc. against Third-Party Defendant WRC Farms, LLC is dismissed with prejudice.

**DATED: September 20, 2011**　　　　　　　**NANCY J. ROSENSTENGEL, Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　　　　**s/Brenda K. Lowe, Deputy Clerk**

**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**